# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

December 2, 2009

The Honorable Joseph J. Farnan, Jr.   *VIA ELECTRONIC FILING*
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE 19801

    Re: *The Research Foundation of State University of New York, et al.*
         *v. Impax Laboratories, Inc.*; C.A. No. 09-703 (JJF)

Dear Judge Farnan:

    I write on behalf of plaintiffs with respect to the Order setting a scheduling conference in this action for January 13, 2010 at 11:30 a.m. (D.I. 17). By Stipulation and Order entered on October 23, 2009 (D.I. 15), this action has been stayed. Accordingly, we request that the January 13, 2010 scheduling conference be taken off calendar.

                                                          Respectfully,

                                                           Jack B. Blumenfeld (#1014)

JBB/lm
cc:   Clerk of Court (Via Hand Delivery)
       Gerald J. Flattmann, Jr., Esquire (Via Electronic Mail)
       Mary B. Matterer, Esquire (Via Electronic Mail)
       Jeffrey Alan Hovden, Esquire (Via Electronic Mail)
3264901